UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:13-CV-2509-T-23AEP

UNITED STATES OF AMERICA, )
)
              Plaintiff, )
)
vs. )
)
RHONDA FOGLE, )
)
             Defendant. )
_____)

## MOTION FOR APPROVAL OF FINAL CONSENT JUDGMENT

Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned counsel files this, its Motion for Approval of Final Consent Judgment and in support thereof states as follows:

1. Both Plaintiff and Defendant have agreed upon the entry of a Final Consent Judgment in the amount of $31,864.94 (principal of $21,472.67, interest in the amount of $9,202.27 for Account No. 2010A62669 per annum, plus a Fee for Service and Travel, per 28 U.S.C. § 1921 of $110.00 and Attorney's fees of $1,080.00) plus interest at 7.50% per annum from October 28, 2013, through the date of judgment and interest at the legal rate thereafter until paid in full. See Exhibit "A."

WHEREFORE, Plaintiff, United States of America and Defendant, Rhonda Fogle, respectfully request that this Court enter the proposed Final Consent Judgment.

Dated: November 25, 2013
          Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

**U.S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Rhonda S Fogle

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 05/24/10.

On or about 08/11/05, the borrower executed promissory note(s) to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $8,251.18 on 10/10/05 and $11,401.06 on 10/10/05-11/28/05, at 7.50 percent interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 11/24/08. Pursuant to 34 C.F.R. § 685.202(b), a total of $1,908.93 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $996.13 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 21,472.67 |
| Interest: | $ 3,678.20 |
| Total debt as of 05/24/10 : | $ 25,150.87 |

Interest accrues on the principal shown here at the rate of $4.41 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 06/08/10

Delfin M. Reyes
Loan Analyst

Loan Analyst
Litigation Support

EXHIBIT
A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:13-CV-2509-T-23AEP

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RHONDA FOGLE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## FINAL CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant, Rhonda Fogle, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the Complaint filed herein.

3. The defendant hereby agrees to the entry of a judgment in the sum of $31,864.94 (principal of $21,472.67, interest in the amount of $9,202.27 for account No. 2010A62669 per annum, plus a Fee for Service and Travel, per 28 U.S.C § 1921 of $110.00 and Attorney's fees of $1,080.00) plus interest at 7.50% per annum from October 28, 2013 through the date of judgment and interest at the legal rate thereafter until paid in full.

4. Judgment debtor will make monthly installments in the amount of **$50.00** commencing **November 15th, 2013** payable to the Department of Justice, to be sent to the US Department of Justice, Nationwide Central Intake Facility, P. O. Box 790363, St.Louis, MO 63179-0363.

5. On the 15th day of each month thereafter, the judgment debtor will tender to the United States a check payable to the Department of Justice in the amount of **$50.00**, and will continue to make such payments by the 15th **of** each month, until the entire amount of the judgment, together with any interest thereon, is paid in full, with the following special provisions;

(a) Each said payment shall be applied first to the payment of interest accrued to the date of receipt of said payments, and the balance, if any, to the principal;

(b) If plaintiff deems it necessary, the judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid; the judgment debtor shall provide the United States with current, accurate evidence of his assets, income and expenditures (including, but not limited to his Federal Income Tax returns) within fifteen (15) days of a request for such evidence;

(c) Plaintiff reserves the right to evaluate the updated financial data and consider any extra payments that may be have been made then adjust the periodic payment rate upward or downward accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances by the United States Attorney.

6. If each monthly payment is paid in accordance with the set payment agreement and in a timely manner, Plaintiff reserves the right to waive the last two monthly installments.

7. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

8. The defendant shall keep the United States currently informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment,

place of residence or telephone number.  Defendant shall provide such information to Steven M. Davis, Esq., at 121 Alhambra Plaza, Alhambra Towers, 10th Floor, Coral Gables, FL  33134.

Respectfully submitted,

Date: Nov. 25, 2013

_____
Steven M. Davis, Esq.
Becker & Poliakoff, P.A.
Attorney for Plaintiff
121 Alhambra Plaza
Alhambra Towers - 10th Floor
Coral Gables, FL 33134
Tel: (305) 262-4433
Fax: (305) 442-2232

Date: Nov. 15, 2013

Rhonda S Fogle
Rhonda Fogle
2965 Bay View Dr.
Safety Harbor, FL 34695

APPROVED THIS ___ DAY OF _____, 2013.

_____
**ANTHONY E. PORCELLI**
**U.S. DISTRICT COURT JUDGE**

ACTIVE: 5161835_1

CASE NO.: 8:13-CV-2509-T-23AEP

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Regular US Mail on _25_ day of November, 2013 to Rhonda Fogle, 2965 Bay View Dr., Safety Harbor, FL 34695.

_____
Steven M. Davis

ACTIVE: 5243637_1

LAW OFFICES
BECKER & POLIAKOFF, P.A. • 121 ALHAMBRA PLAZA, 10TH FLOOR • CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:13-CV-2509-T-23AEP

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RHONDA FOGLE,

        Defendant.
_____/

### ORDER RATIFYING FINAL JUDGMENT BY CONSENT

THIS CAUSE having come before the Court upon the Final Judgment by Consent entered into between Plaintiff, UNITED STATES OF AMERICA, and Defendant, RHONDA FOGLE and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Final Judgment by Consent heretofore entered in this action is accepted, adopted and approved by the Court, and the parties are ordered to comply therewith.

2. This Court shall reserve jurisdiction of the subject matter and of the parties to enforce the Final Judgment by Consent and to make any further orders the Court deems just and proper in this action.

3. This matter shall be abated as to all parties in this action pending the satisfactory completion of the payment terms by Defendant, Rhonda Fogle pursuant to the terms of the Final Judgment by Consent.

DONE AND ORDERED in chambers, at _____, _____ this ___ day of _____, 2013.

                                                      _____
                                                      ANTHONY E. PORCELLI
                                                      U.S. DISTRICT COURT JUDGE